AO 245E (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Victoria

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| **SEASIDE AQUACULTURE, INC.** | CASE NUMBER: **6:11CR00031-002** |
| | William W. Pierson |
| ☐ See Additional Aliases. | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   1 on August 10, 2011
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant organization is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. §§ 703 and 707(a), and 50 C.F.R. 21.11 | Taking, Killing, or Possessing Migratory Birds | 02-01-2011 | 1 |

☐ See Additional Counts of Conviction.

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

November 8, 2011
Date of Imposition of Judgment

_Signature of Judge_

**JOHN D. RAINEY**
**SENIOR U.S. DISTRICT JUDGE**
Name and Title of Judge

November 15, 2011
Date

JCM 283328 | TTC/mao

DEFENDANT ORGANIZATION: **SEASIDE AQUACULTURE, INC.**
CASE NUMBER: **6:11CR00031-002**

# PROBATION

The defendant organization is hereby sentenced to probation for a term of  18 months.

☐ See Additional Probation Terms Sheet.

The defendant organization shall not commit another federal, state or local crime.

☐ See Additional Mandatory Conditions Sheet

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

☐ See Special Conditions of Supervision.

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 -- Continued 2 -- Probation

Judgment -- Page 3 of 5

DEFENDANT ORGANIZATION:  SEASIDE AQUACULTURE, INC.
CASE NUMBER:   6:11CR00031-002

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

8.) Per the agreement between the Government and the organization, the organization shall pay $40,000.00, currently being held in the registry of the Court, joint and severally with codefendant Khanh Vu to the Texas Parks and Wildlife Foundation immediately. Said monetary funds are to be used for grants applied for coastal programs in the enhancement of protection of wildlife and environmental causes.

Case 6:11-cr-00031   Document 97   Filed in TXSD on 11/15/11   Page 4 of 5

AO 245E  (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3, Part A -- Criminal Monetary Penalties

Judgment -- Page 4 of 5

DEFENDANT ORGANIZATION: **SEASIDE AQUACULTURE, INC.**
CASE NUMBER: **6:11CR00031-002**

# CRIMINAL MONETARY PENALTIES

The defendant organization shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 50.00 | $ 5,000.00 | $ |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees Sheet.

| **TOTALS** | $0.00 | $0.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement $_____

☐ The defendant organization shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for the ☒ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245E     (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3, Part B -- Schedule of Payments

Judgment -- Page 5 of 5

DEFENDANT ORGANIZATION: **SEASIDE AQUACULTURE, INC.**
CASE NUMBER: **6:11CR00031-002**

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   ☐   Lump sum payment of _____ due immediately, balance due
        ☐   not later than _____, and/or
        ☐   in accordance with  ☐ C,  ☐ D,  and/or  ☐ E, below; or

B   ☒   Payment to begin immediately (may be combined with  ☐ C,  ☐ D,  or  ☒ E below); or

C   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☒   Special instructions regarding the payment of criminal monetary penalties:
        Make all payments payable to: U.S. District Clerk, P.O. Box 1638, Victoria, TX 77902

        The special assessment and fine payment of $5,000.00 are due immediately.
        Per the agreement between the Government and the organization, the organization shall pay $40,000.00, currently being held in the registry of the Court, joint and severally with codefendant Khanh Vu to the Texas Parks and Wildlife Foundation immediately. Said monetary funds are to be used for grants applied for coastal programs in the enhancement of protection of wildlife and environmental causes.

All criminal monetary penalties are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| **Case Number** **(Including Defendant Number)** | **Defendant Name** | **Joint and Several** **Amount** |
|---|---|---|
| | | |

☐   See Additional Defendants Held Joint and Several sheet.

☐   The defendant organization shall pay the cost of prosecution.

☐   The defendant organization shall pay the following court cost(s):

☐   The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

☐   See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.